UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00341 (rev 03/2020)

In re:

**Elena del Carmen Guzman Rivera**,
    Debtor.

Case No. **20–01806–RLM–7**

## NOTICE OF RESCHEDULED MEETING OF CREDITORS AND LAST DAY TO OBJECT TO DISCHARGE/DISCHARGEABILITY

**NOTICE IS GIVEN** that the Meeting of Creditors has been rescheduled as follows:

    Date:   May 29, 2020
    Time:  10:10 AM EDT
    Phone: 877–973–1674; passcode 4686998

**NOTICE IS FURTHER GIVEN** that pursuant to S.D.Ind. B–4004–3(b)(2) and S.D.Ind. B–4007–1(b)(2), the last day for filing a complaint objecting to the discharge or challenging whether certain debts are dischargeable is July 28, 2020.

Dated: April 15, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court